# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERNICE GILLESPIE,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| **MICHAEL J. ASTRUE,** | : | NO. 10-1020 |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this ____ day of January, 2011, upon consideration of Plaintiff's Request for Review (Doc. 8), Defendant's Response thereto (Doc. 9), and after careful review of the Report and Recommendation of United States Magistrate Thomas J. Rueter (Doc. 11), **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation dated December 22, 2010, is **APPROVED** and **ADOPTED**;[1]

2. The Plaintiff's Request for Review is **DENIED.**

3. Judgment in this matter is **ENTERED** in favor of **DEFENDANT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] To date, Plaintiff has failed to file an objection to Magistrate Thomas J. Reuter's Report & Recommendation.